POLARIS POOL SYSTEMS, INC.,
a Delaware corporation,
Plaintiff—Appellee,

v.

GREAT AMERICAN WATERFALL
COMPANY, a Florida corporation;
et al., Defendants—Appellants.

No. 05–55033.

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*

Decided May 11, 2005.

Kristine P. Nesthus, Esq., and Laurie J. Scalone, Esq., Bankhead, Nesthus & Scalone LLP, San Diego, CA, for Plaintiff—Appellee.

Edward I. Silverman, Esq., Sandler, Lasry, Laube, Byer & Valdez, LLP, San Diego, CA; and Michael J. Radford, Esq., La Jolla, CA, for Defendants—Appellants.

Before: PREGERSON, CANBY, and THOMAS, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeals come to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief to only limited review. *Walczak v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. Int'l Olympic Comm.*, 740 F.2d 670, 674–75 (9th Cir. 1984). We therefore affirm the district court's order granting plaintiff's motion for a preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International*, 686 F.2d 750, 752 (9th Cir. 1982).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.